■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK DELGADO, Appellant. — Judgment, Supreme Court, New York County (M. Williams, J.), rendered on May 22, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sullivan, Silverman, Asch and Milonas, JJ.

■ In the Matter of JOHN MCLOUGHLIN et al., Appellants, v JUAN ORTIZ, as City Personnel Director, et al., Respondents. — Judgment, Supreme Court, New York County (Sherman, J.), entered on May 5, 1982, unanimously affirmed for the reasons stated by Sherman, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Sullivan, Silverman, Asch and Milonas, JJ.